1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA                    No.  1:96-cr-05067-DAD-1

12              Plaintiff,

13          v.                                     ORDER SETTING BRIEFING SCHEDULING
                                                   AND DIRECTING GOVERNMENT TO
14    MICHAEL WAYNE NORTHCUTT,                     RESPOND

15              Defendant.

16

17          Defendant filed, through counsel, a motion to vacate, set aside, or correct a sentence under

18    28 U.S.C. § 2255.  (Doc. No. 38.)  The court has screened the motion pursuant to Rule 4 of the

19    Rules Governing Section 2254 and 2255 Cases, and the government is ordered to respond to the

20    motion.  Within 45 days of electronic service of this order, the government shall file and serve a

21    response to the pending § 2255 motion.  Plaintiff will have 30 days to file a reply to the

22    government's response.  In their filings, the parties should address the propriety of this court

23    issuing a stay in light of *United States v. Begay*, No. 14-10080 (9th Cir. submitted May 26, 2016).

24    IT IS SO ORDERED.

25    Dated:    **June 28, 2016**                  _____

26                                                 UNITED STATES DISTRICT JUDGE

27

28

1