UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL WAYNE NORTHCUTT,<br><br>　　　　　Defendant. | Case No.: 1:96-cr-05067 JLT<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE OF REQUEST TO SEAL<br><br>(Doc. 72) |

　　　　Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, (Doc. 72), IT IS HEREBY ORDERED that Exhibits 2 and 4 to the government's opposition to Defendant Michael Northcutt's motion for sentence reduction (Doc. 71), and the government's Request to Seal, (Doc. 72), shall be SEALED until further order of the Court.

　　　　It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant and their counsel on appeal, if an appeal is taken.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's Request, sealing the Request and Exhibits 2 and 4 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of the government's Notice of Request to Seal, the Court further finds that there are no additional alternatives to sealing the government's Request and Exhibits 2

and 4 that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   **April 8, 2025**

_____
UNITED STATES DISTRICT JUDGE

2